```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYVLANIA


JUDY DELEO                        :     CIVIL ACTION
                                  :
     v.                           :
                                  :
LANDMARK THEATRES d/b/a           :
RITZ EAST, et al.                 :     NO. 13-722
```

ORDER

      AND NOW, this 26th day of February, 2015, upon consideration of the defendant Philadelphia Parking Authority's ("PPA") Motion for Summary Judgment (Docket No. 27), the defendant United States of America's ("USA") Motion for Summary Judgment (Docket No. 30), and all the oppositions and replies thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that PPA's motion is GRANTED and USA's motion is DENIED.  Judgment is entered for PPA and against the plaintiff.

      IT IS FURTHER ORDERED that a telephone conference is SCHEDULED for March 26, 2015, at 4:00 p.m., to discuss scheduling the remainder of the case.  Plaintiff's counsel shall initiate the call.

```
                              BY THE COURT:



                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```